# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mariela Aguilar Villa

                        Plaintiff,

v.                                                Case No.: 1:23–cv–15220
                                                        Honorable Jeremy C. Daniel

Reyes Coca–Cola Bottling Co

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 9, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. For the reasons stated on record, plaintiff's motion for attorney representation [5] is denied without prejudice. The plaintiff reported that she expects service of process (the summons) in approximately two weeks. The Court will set a status hearing after the plaintiff files proof of service. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.